Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIUS FARRAR, et al.,<br><br>                      Plaintiff(s),<br><br>   v.<br><br>THE HARRIS BANK, N.A., et al.,<br><br>                      Defendant(s). | CASE NO. C15-93RAJ<br><br>ORDER OF DISMISSAL |

     On March 10, 2015, the court issued an order requiring the parties to file a Joint Status Report in this matter by April 23, 2015 (Dkt. #9).  On April 23, 2015, Defendants filed a "Joint Status Report" (Dkt. #11), indicating that Plaintiffs did not respond to Defendants' efforts to schedule an FRCP 26(f) conference, which is a precursor to preparation of a Joint Status Report.

     On May 5, 2015, the court entered a minute order to show cause requiring Plaintiffs to initiate contact with Defendants to complete an FRCP 26(f) conference and requiring the parties to file a Joint Status Report that complies with the court's requirements no later than May 18, 2015.  The court warned Plaintiffs that if no such Joint Status Report was filed by that date, this matter would be dismissed without prejudice for failure to comply with the court's order.

ORDER OF DISMISSAL - 1

On May 18, 2015, counsel for Defendants filed a letter indicating that as of that date Plaintiffs had not contacted counsel as ordered by the court (Dkt. #16).  No Joint Status Report has been filed that complies with the court's order.

Accordingly, this matter is dismissed without prejudice based on Plaintiffs' failure to prosecute.

DATED this 20th day of May, 2015.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2